IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                                   CASE NO. 1:10-cv-00207-SPM-GRJ

DAVID MORGAN, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court upon referral by the Clerk is the Answer For Defendant, Sawgrass Tiki Bar, Inc. (Doc. 18.) The answer is not signed by an attorney but instead is signed by Susan Bridges, President of Sawgrass Tiki Bar, Inc. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co., 748 F.2d 602, 609 (11th Cir. 1984) ("[C]orporations must always be represented by legal counsel.") Therefore, Defendant Sawgrass Tiki Bar, Inc. cannot appear as a *pro se* litigant in this matter, nor can Susan Bridges as President, appear in a representative capacity on behalf of the Defendant Sawgrass Tiki Bar, Inc.

Accordingly, the Answer For Defendant, Sawgrass Tiki Bar, Inc. (Doc.18) is **STRICKEN**. Defendant, Sawgrass Tiki Bar, Inc. shall have **fourteen (14) days** from the date of this Order to file a response to the Complaint signed by an attorney admitted to

practice law in the Bar of this Court, failing which a default may be entered upon the filing of a proper motion.

**DONE AND ORDERED** this 9th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge