IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                     CASE NO. 1:10-cv-00207-SPM-GRJ

DAVID MORGAN, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court upon referral by the Clerk is the Answer And Affirmative Defenses, filed by Defendant, Rod Seafood, Inc. (Doc. 19.) The answer is signed by Francisco Rodriguez on behalf of Rod Seafood, Inc. The Court does not have any record of an attorney by the name of Francisco Rodriguez with the address and phone number listed as being a member of the bar of the Northern District of Florida. The Florida Bar website also does not list an attorney by the name of Francisco Rodriguez with the address and phone number identified on the answer. The Defendant, Rod Seafood, Inc. is alleged to be a Florida corporation.

"The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381, 1385 (11th Cir. 1985); <u>Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.</u>, 748 F.2d 602, 609 (11th Cir. 1984) ("[C]orporations must always be represented by legal counsel.") Therefore, Defendant Rod seafood, Inc. cannot appear as a *pro se* litigant in this matter, nor can a non-lawyer

appear on its behalf.

Accordingly, the Answer And Affirmative Defenses, filed by Defendant, Rod Seafood, Inc. (Doc. 19.) is **STRICKEN**. Defendant, Rod Seafood, Inc. shall have **fourteen (14) days** from the date of this Order to file a response to the Complaint signed by an attorney admitted to practice law in the Bar of this Court, failing which a default may be entered upon the filing of a proper motion.

**DONE AND ORDERED** this 9th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge