IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

vs.                                  Case No.:1:10-CV-207-SPM/GRJ

DAVID MORGAN, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 36) and Federal Rule of Civil Procedure 41(a)(1), Defendants Walter Graham, Jennifer Graham, Steven Finlay, and Karaoke-Plus are hereby **dismissed with prejudice** and Defendant Michael Davis is hereby **dismissed without prejudice**.

DONE and ORDERED this <u>twenty-fifth</u> day of March, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge